```
                                                    FILED
                                                U.S. DISTRICT COURT

                                                2018 OCT 12  P 12: 01
```

Name & Number: **Brian Oblad**
Attorney Pro Se            **#162451**
Utah State Prison
PO Box 250
Draper, Utah 84020

Case: 2:18-cv-00793
Assigned To : Stewart, Ted
Assign. Date : 10/10/2018
Description: Oblad v. Ramirez

RECEIVED CLERK

OCT 10 2018

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

**Brian Oblad on behalf of**
**all who are** Plaintiff,
**similarly situated**
vs.

**Billie Cosper & Lucy Ramirez;**
JOHN DOES 1-10, employees at
Utah State Prison, individually,

**State of Utah** Defendants.

Case No. _____

CIVIL RIGHTS COMPLAINT AND
DEMAND FOR JURY TRIAL

Pursuant to 42 U.S.C. §1983

## JURISDICTION

1. Plaintiff **Brian Oblad** is a citizen of Utah, who presently resides at the Utah State Prison, P.O. Box 250, Draper, Utah 84020.

2. Defendant **Billie Cosper** is a citizen of Utah, and is employed as the **Lucy Ramirez** at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the **Grievance Coordinator** at the Utah State Prison for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

(2) Supporting Facts: STAFF DENY ALL CLAIMS regardless IF the have merit or Not. They delay ignore in efforts to minimize STATE Liability in efforts To minimize Accountability By officers and STAFF.

Prison STAFF will NOT Accept Any responability To Solve Prisoners grievances.

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

When STAFF chose to ignore prisoner Petitions without any Effort to resolve issues They create a Liberty Interest in the form of a Eighth Amendment violation of Cruel & unuswal Punishment. This also creates Due Process violations

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES __X__ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

   Plaintiff(s): Brian Oblad

   Defendant(s): Lori Smith, STATE OF UTAH, Contract Attorney ET AL.

   b. Name of court and case or docket number: UNITED STATES DISTRICT Court.

   2:17-cv-102

   2:17-cv-95

   LEGAL ACCESS

*Oblad v Ramirez grievance system*

3. Defendant **Billy Casper** is a citizen of Utah, and is employed as the **Grievance Coordinator** at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the _____ for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

4. Other Defendants by name and position, if known: **Lucy Ramirez current grievance Cordinator has not made an effort to solve Prisoner's complaints at the lowest possiable Level.**

5. Defendant John Does 1-10, whose true names are unknown and when true names are ascertained the pleadings will be amended accordingly, are citizens of Utah, and are employed at the Utah State Prison. At the time the claim(s) alleged in this complaint arose, these defendants were acting under color of state law in that they are employees for the Utah Department of Corrections and are directly responsible for wrongful actions alleged herein.

6. Jurisdiction is invoked pursuant to 28 U.S.C. §1343 (3); and 42 U.S.C. §1983.

### B. NATURE OF CASE

2

7. Why are you bringing this case to court? Describe the circumstances that led to the problem (include the who/what/when/where of your claims):

The Grievance system is very one sided in efforts of minimizing prisoner petitions. in hopes Limited the Amount of Lawsuits filed by prisoners Here @ Utah Department of Correction's, And in doing so violates my First Amendment rights As well as Due process because the prison will not accept any sort of Liability. The Prison Staff who Answer our grievances Are employed by the State creating a clear conflict of Interest. On many occasions After recieving Staff's Alleged replies I Am Madder then when I First found out About the issue Im grieving.

3

*Odad v Tamirez grievance system*

the grievance system is very one sided in efforts to minimize Department of Corrections Liability (Hoskins v. Lenear, 395 F.3d 372, 375 (7th cir 2005) As prisoners we can ONLEY grieve one Issue Against prison staff, However for example with the contract Attorney has many Issues to grieve

### C. CAUSE OF ACTION

6. Plaintiff alleges that the following constitutional rights, privileges or immunities have been violated and that the following facts form the basis for the allegations:

1. Count I: Plaintiff's Sixth Amendment and Liberty Interests to equal protection are denied by the Defendant based upon the following: The status Que is for Staff to Deny all claims in effort to silence prisoners when the try to speak out aginst Department of corrections

4

2. Count II: Plaintiff's Eighth Amendment and Liberty Interests to be free from cruel and unusual punishment have been violated by Defendants' actions in that when prison staff ignore petitions filed by prisoners there are efforts to minimize complaints filed by prisoners this creates a toxic situation where prisoners rights go write out the window. There needs to be change in the grievance system. All staff do is Deny, Deny, Deny. This is an untrustworthy actions by defendants. Lack of transparency & out right deceptive tactics by staff

Other rights being violated (include amendments as appropriate): This situation effects our due process rights and has a dishonest intention in mind. Personally I have been denied in my efforts to find a solution to problems with staff and basically said oh to hell with corrections all together.

5

Exhaust [illegible] grievance system

Obtad v [illegible]
grievance system

### D. INJURY

Describe how you were injured as a result of the claims herein:

(Meriwether v. Coughlin 879 F.2d AT 1064) Prison Staff violate my First Amendment right to Petition the government for redress of grievances

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

13. Plaintiff has not filed any other law suits in state or federal court dealing with the same facts involved in this action.

14. Plaintiff has previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of herein to no avail.

### F. REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a) Trial by jury.

b) That counsel be appointed to represent the Plaintiff in this action.

c) Punitive damages in the amount of $350,000. dollars

d) Compensatory damages in the amount of 350,000. Dollars

6

  e)  Grant attorney fees and court costs for this action.

  f)  Such other and further relief the court deems just and proper.

DATED this 9th day of September, 2018

             *Brian Oblad*
             Plaintiff, Attorney pro se

Court clerk

I don't have a case # to put on these documents yet, however they are all intended to go with the grievance system Lawsuit oblad v. Ramirez et al.

thank you

Brian Oblad
#152451

RECEIVED CLERK
OCT 09 2018
U.S. DISTRICT COURT

Brian Oblad #152451
UTAH STATE PRISON
PO BOX 250
DRAPER, UT 84020-0250

Inmate Name Brian Obiad

Inmate Offender Number 152451
Inmate Housing U1-112
Utah State Prison
P. O. Box 250
Draper, Utah 84020-0250



SALT LAKE CITY UT 840
05 OCT 2018 PM 3 L

Midged
Legal Mail

United States Court house   clerks office
         magistrate Judge

United States Courthouse
351 South West Temple
SLC, UT 84101

84101-190899